**96–1451.   Howard v. Howard.**

Lucas App. No. L–96–050.   Reported at 77 Ohio St.3d 1445, 671 N.E.2d 1284.   On motion for reconsideration.   Motion denied.

**96–1832.   Uncrop v. Natl. Inst. of Health.**

Cuyahoga App. No. 70341.   Reported at 77 Ohio St.3d 1418, 670 N.E.2d 1005.   On motion for reconsideration.   Motion denied.

**96–2049.   State v. Smith.**

Summit App. No. 16910.   Reported at 77 Ohio St.3d 1424, 670 N.E.2d 1009.   On motion for reconsideration.   Motion denied.

**96–2093.   State ex rel. Lesser v. Thompson.**

In Procedendo.   Reported at 77 Ohio St.3d 1442, 671 N.E.2d 1282.   On motion for reconsideration.   Motion denied.

**96–2220.   State ex rel. DPR Properties, Inc. v. Butler Cty. Bd. of Elections.**

Reported at 77 Ohio St.3d 1450, 671 N.E.2d 1287.   On second motion for reconsideration.   Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**96–2336.   State ex rel. Jackson v. Ohio Adult Parole Auth.**

In Habeas Corpus.   Reported at 77 Ohio St.3d 1443, 671 N.E.2d 1283.   On motion for reconsideration.   Motion denied.